### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:04CV84 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFAULT JUDGMENT AND** |
| **$16,440.00 IN UNITED STATES CURRENCY,** | ) | **DECREE OF FORFEITURE** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 14) against the Defendant and any unknown claimants. Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendant is not present, neither personally nor through counsel. No Claimant is present, neither personally nor through counsel. Upon review of the record of this case, the Court, being duly advised in the premises, makes the following findings.

A Complaint for Forfeiture was filed on February 23, 2004. A Warrant for Arrest in Rem was issued by this Court and was properly executed on the Defendant property by the United States Marshal.

Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated March 4, 2004.

No person or entity has filed a Claim or Answer to Plaintiff's Complaint or asserted an entitlement to the Defendant property within the time fixed by law.

The Plaintiff's Request to Enter Default was granted by this Court on August 11, 2004.

Based on these facts, the Court finds that Plaintiff's Motion for Default Judgment and Decree of Forfeiture should be granted.

IT IS ORDERED, ADJUDGED AND DECREED:

1. The Motion for Default Judgment and Decree of Forfeiture (Filing No. 14) is granted.

2. All right, title or interest in or to the Defendant property held by any person or entity is forever barred and foreclosed.

3. The Defendant property is forfeited to the United States of America.

4. The Defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

Dated this 31st day of August, 2004.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge